Page 1 of 2 (Page 2 Not for Public Disclosure)

UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:19-CR-00048-001 |
| Quenshon Travez Robinson ) | |
| ) | USM No: 01464-120 |
| Date of Original Judgment: 09/08/2020 ) | |
| Date of Previous Amended Judgment: N/A ) | Catherine Williams |
| *(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ **DENIED.**   ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in* 34 *months* **is reduced to** TIME SERVED.

Robinson pled guilty to Count One of the Indictment that charged him with Conspiracy to Receive and Possess Stolen Firearms. His total offense level was 17 with a criminal history category III, which yielded an advisory sentencing range of 30-37 months. On September 1, 2020, the Court imposed a sentence of 34 months custody to be served consecutively with Houston County Superior Court cases 2015-C-50311, 2016-C-50647 and Bibb County Superior Court 14CR70856. Robinson had a subtotal criminal history score of three. He received two additional points for being under a probation sentence in Bibb County Superior Court. Based on Amendment 821 to the *United States Sentencing Guidelines*, should the Court not apply the two additional criminal history points for being under a probation sentence in Bibb County Superior Court, his total criminal history score would be three, which results in a criminal history category II. Based on a total offense level 17 and a criminal history category II, the advisory sentencing range is 27-33 months. According to the BOP, Robinson has a tentative release date of March 3, 2024. Any reduction granted will likely result in a sentence of time served. The government agrees that Robinson is eligible for relief but stated no additional position.

Except as otherwise provided, all provisions of the judgment dated 09/08/2020 shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: 1/16/2024 | S/ Marc T. Treadwell |
| | *Judge's signature* |
| Effective Date: 02/01/2024 | Marc T. Treadwell, Chief U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |