# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Quenshon Travez Robinson | **Repayment Agreement and Order** | No: 5:19-CR-00048-001 |

On September 1, 2020, Quenshon Travez Robinson was sentenced to 34 months imprisonment followed by a 36 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Robinson. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on September 1, 2020, I have been ordered to pay a total restitution of $1,121.19 and a special assessment of $100.00.

2. On February 1, 2024, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on November 22, 2023. The current balance of my restitution is $1,121.19.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 20th day of May, 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____       5/7/24
Quenshon Travez Robinson                  Date

_____       May 7, 2024
Stephen L. Parker, U.S. Probation Officer    Date

_____       05/07/2024
Assistant U.S. Attorney                    Date

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

_____
Marc T. Treadwell
Chief U.S. District Judge

May 13, 2024
Date