✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:19-CR-00048-001 (MTT) |
| **QUENSHON TRAVEZ ROBINSON** | |

On September 1, 2020, Quenshon Travez Robinson was sentenced to 34 months in the Bureau of Prisons followed by 3 years on supervised release after entering a guilty plea to the offense of Conspiracy to Receive and Possess Stolen Firearms. On September 8, 2020, Robinson commenced supervised release subsequent to the filing of a sentence reduction of time served pursuant to 18 U.S.C. § 3582(c)(2).

Quenshon Robinson has substantially complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision.

Respectfully submitted,

*Amanda G Reed*

Amanda G. Reed
Re-Entry Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____16____ day of ____April____, 2026.

S/Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE